**Motion Granted and Abatement Order filed April 17, 2012.**



In The

# Fourteenth Court of Appeals

———————————

NO. 14-11-00753-CV

———————————

**SUMMIT INVESTMENT GROUP, INC., Appellant**

**V.**

**CRIMSON EXPLORATION, INC. SUCCESSOR IN INTEREST OF GULFWEST ENERGY, INC., Appellee**

**&**

———————————

NO. 14-11-00754-CV

———————————

**CRIMSON EXPLORATION, INC. SUCCESSOR IN INTEREST OF GULFWEST ENERGY, INC., Appellant**

**V.**

**SUMMIT INVESTMENT GROUP, INC., Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2008-43391**

# ABATEMENT ORDER

On April 10, 2012, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that their appeals be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeals are abated, treated as a closed case, and removed from this court's active docket until May 17, 2012. The appeals will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeals or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeals filed by either party, or the court may reinstate the appeals on its own motion.

PER CURIAM